**FILED**
**SEP 18 2019**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 19-30126-SMY ) |
| MARLON DESHONE QUARLES, | ) ) |
| Defendant. | ) Title 18, United States Code, Sections ) 111(a)(1), 1791(a)(2) and (b)(4). |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count 1

**ASSAULT, RESIST, OPPOSE, IMPEDE, OR INTERFERE WITH A FEDERAL OFFICER**

On or about August 18, 2019, in Bond County, Illinois, in the Southern District of Illinois,

**MARLON DESHONE QUARLES,**

defendant herein, did forcibly assault, resist, oppose, impede, and interfere with Correctional Officer W.J., a Federal Correctional Officer at the Federal Correctional Institution at Greenville, Illinois, commonly known as FCI-Greenville, making physical contact with Correctional Officer W.J., while Correctional Officer W.J. was engaged in his official duties, to wit: attempting to search an inmate for possible contraband; in violation of Title 18, United States Code, Section 111(a)(1).

### Count 2

**POSSESSION OF CONTRABAND BY A FEDERAL INMATE**

On or about August 18, 2019, in Bond County, Illinois, in the Southern District of Illinois,

**MARLON DESHONE QUARLES,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a phone; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(4).

**A TRUE BILL**



_____
ANGELA SCOTT
Assistant United States Attorney


_____
STEVEN D. WEINHOEFT
United States Attorney

Recommend Bond: Detention