IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 19-cr-30126-SMY |
| | ) |
| MARLON DESHONE QUARLES, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Defendant Marlon Deshone Quarles pled guilty to assaulting, resisting, imposing, impeding, and interfering with a federal officer (Count 1) and possession of contraband by a federal inmate (Count 2) on February 25, 2020. Sentencing is scheduled for June 2, 2020. Quarles was serving a 188-month term of imprisonment in the Eastern District of Missouri when he committed the pending offenses. He is currently being housed at the Clinton County Jail and will be returned to the Bureau of Prisons ("BOP") after sentencing.

Quarles has filed a Motion for Temporary Furlough from Federal Custody (Doc. 42) which is now before the Court. He asserts that he is at a heightened risk of contracting COVID-19 at the Clinton County Jail due to his pre-existing medical condition of Systemic Lupus and his "genetic susceptibility" to COVID-19 and requests that he be furloughed to his legal residence and placed on home confinement there. The Government opposes the Motion (Doc. 44).

Pursuant to 18 U.S.C. § 3622, the BOP may release a prisoner from the place of imprisonment for a limited time" under certain exigent circumstances. BOP has sole and exclusive jurisdiction over determinations pertaining to custodial placement of inmates, including whether

to grant temporary furloughs pursuant to § 3622.  As such, district courts lack subject-matter jurisdiction over furlough determinations.  *See Reeb v. Thomas*, 636 F.3d 1224, 1226-28 (9th Cir. 2011).  Accordingly, Quarles' Motion for Temporary Furlough from Federal Custody (Doc. 42) is **DENIED**.

    **IT IS SO ORDERED.**

    **DATED:  May 1, 2020**

**STACI M. YANDLE**
**United States District Judge**